THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROOFERS' LOCAL 11 PENSION FUND, )
ROOFERS' UNIONS WELFARE TRUST FUND, )
CHICAGO ROOFERS' APPRENTICESHIP )
AND TRAINING FUND, ROOFERS' )
RESERVE FUND, ROOFERS' INDUSTRY )
ADVANCEMENT and RESEARCH FUND, )
LOCAL 11 PROMOTIONAL AND )
ORGANIZATIONAL FUND and NATIONAL )
ROOFING INDUSTRY PENSION PLAN, )
                                                      Plaintiffs, )
                  v. )         Case No. 07 C 1377
                                             )         Judge Kocoras
PNEUMATIC CONVEYING, INC., )
A Dissolved Illinois Corporation, and )
JOHN BRAUN Individually and d/b/a )
PNEUMATIC CONVEYING, INC., )
                                         Defendant. )

## MOTION FOR SUPPLEMENTAL JUDGMENT

NOW COME the Plaintiffs ("Trust Funds") and move this Honorable Court to enter a default judgment on behalf of the Plaintiffs and against Defendant.

1. Plaintiffs filed the complaint against Defendants on March 12, 2007.

2. Defendant JOHN BRAUN Individually and d/b/a PNEUMATIC CONVEYING, INC., was personally served with the summons and complaint on May 23, 2007. See Docket Number 10.

3. Defendant has failed to answer or otherwise defend to the Complaint.

4. This Court granted Plaintiffs' motion for Default on July 3, 2007, and ordered Defendant to produce its records to Plaintiffs to complete an audit. See Docket Number 13.

5. The audit has been completed and served upon Defendant on June 9, 2008. See

Exhibit "A."

6. At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreement and the Collective Bargaining Agreements, the Defendant is required to submit contribution reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay contributions based thereon.

7. Defendant has breached the provisions of the CBA and the Trust Agreements by repeatedly failing to submit the required contribution payments and contribution reports to Plaintiffs.

8. The Defendant is deficient in its payments for delinquent contributions, interest and liquidated damages owed to the Funds in the amount of $61,992.47 for the time period of January 1, 2003 through December 31, 2004. See Exhibit "B" (affidavit of Julie Rachal).

9. Plaintiffs are owed a total of FOUR THOUSAND TWO HUNDRED SIXTY FIVE AND 00/100 DOLLARS ($4,265.00), which amount includes Court costs and service of process fees in the amount of FIVE HUNDRED SIXTY FIVE AND 00/100 DOLLARS ($565.00) and attorney's fees in the amount of THREE THOUSAND SEVEN HUNDRED AND 00/100 DOLLARS ($3,700.00). See Exhibit "C" (affidavit of Librado Arreola).

WHEREFORE, Plaintiffs request the following relief:

A) That default judgment be entered against the Defendant herein, JOHN BRAUN Individually and d/b/a PNEUMATIC CONVEYING, INC., and that the Complaint filed herein be taken as confessed.

B) That supplemental judgment be entered against the Defendant, JOHN BRAUN Individually and d/b/a PNEUMATIC CONVEYING, INC., and in favor of Plaintiffs and an order be entered ordering Defendant to pay, within ten (10) days, SIXTY SIX THOUSAND TWO HUNDRED FIFTY SEVEN AND 47/100 DOLLARS ($66,257.47), which amount includes delinquent contributions as well as interest and/or liquidated damages, for the period of time of January 1, 2003 through December 31, 2004, and Court costs and attorney's fees through the date of the judgment.

C) For such other and further relief as the Court may deem just and proper.

ROOFERS' UNION PENSION FUND, ET AL.

/s/ Librado Arreola
Librado Arreola

Librado Arreola
IL ARDC # 6203323
LA@ULAW.COM
ASHER, GITTLER, GREENFIELD
& D'ALBA, LTD.
200 W. Jackson, Blvd., Suite 1900
Chicago, Illinois 60606
(312) 263-1500